ACCEPTED
12-13-00107-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/18/2015 11:22:44 AM
CATHY LUSK
CLERK

**No. 12-13-00107-CV**

_____

**IN THE TWELFTH DISTRICT OF TEXAS**

**Tyler, Texas**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/18/2015 11:22:44 AM

CATHY S. LUSK
——————————————————————Clerk

_____

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTH CARE SYSTEM, INDIVIDUALLY AND D/B/A EAST TEXAS MEDICAL CENTER-CROCKETT, INC.**

**Appellants,**

v.

**LOUISA D. REDDIC**

**Appellee.**

_____

Appeal from Cause No. 12-0060,
349th District Court, Houston County, Texas
Honorable Pam Foster Fletcher, Presiding Judge

_____

**APPELLANTS' NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

**TO THE HONORABLE TYLER COURT OF APPEALS:**

Please take notice of the change of address, effective February 15, 2015, of the undersigned attorneys of record for East Texas Medical Center Regional Health Care System, Individually and d/b/a East Texas Medical Center-Crockett, Inc.

Russell G. Thornton
THIEBAUD REMINGTON THORNTON BAILEY LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, TX 75206
rthornton@trtblaw.com
Phone: (214) 954-2200
Fax: (214) 754-0999 (Fax)

Respectfully Submitted,

**THIEBAUD REMINGTON THORNTON BAILEY, L.L.P.**

By: /s/Russell G. Thornton
        **RUSSELL G. THORNTON**
        State Bar Card No. 19982850
        rthornton@trtblaw.com

        1445 Ross Avenue, Suite 4800
        Dallas, Texas 75202
        (214) 954-2200
        (214) 754-0999 (Fax)

**COUNSEL FOR APPELLANTS
EAST TEXAS MEDICAL CENTER
REGIONAL HEALTH CARE SYSTEM
D/B/A EAST TEXAS MEDICAL
CENTER-CROCKETT, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **18th** day of **February, 2015**, a true and correct copy of the foregoing document was delivered to counsel listed below:

**VIA E-SERVE &/OR E-MAIL:**
Michael J. Hindman
ROLLE, BREELAND, RYAN, LANDAU, WINGLER & HINDMAN, P.C.
2030 Main Street
Dallas, Texas 75201

        /s/ Russell G. Thornton
        **RUSSELL G. THORNTON**